## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Stanbro v. Palou    Docket No.: 23-347, 23-419

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Blair Greenwald, Assistant Solicitor General

Firm: New York State Office of the Attorney General

Address: 28 Liberty Street, New York, NY 10005

Telephone: (212) 416-6102    Fax: (212) 416-8962

E-mail: blair.greenwald@ag.ny.gov

Appearance for: Correction Officer Kristofer Leonardo, Defendant-Appellant
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Barbara D. Underwood )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Blair J. Greenwald

Type or Print Name: Blair J. Greenwald